**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Daniel Lee Harrison v. The State of Texas

Appellate case number:    01-18-00151-CR

Trial court case number:   1370009

Trial court:             178th District Court of Harris County

This appeal was abated and the case remanded to the trial court based on appointed counsel's failure to timely file a brief on appellant's behalf. *See* TEX. R. APP. P. 38.8(b). Appellant's appointed counsel has now submitted a brief on appellant's behalf. Accordingly, we withdraw our July 10, 2018 abatement order and reinstate the case on the Court's active docket.

Appellant's brief is filed as of July 9, 2018. The State's brief is due no later than August 8, 2018. *See* TEX. R. APP. P. 38.6(b), (d).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
               ☑ Acting individually    ☐ Acting for the Court

Date: July 12, 2018